UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Sharon Wilson**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-02062 |
| v. ) | |
| ) | Judge Pamela Barker |
| **Xtra Helping Hands Healthcare** ) | |
| **Provider, Inc.**, *et al.*, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the above-captioned case with prejudice. Parties to bear their own costs.

Respectfully Submitted,

*/s/ Eric Zell*_____

| | |
|---|---|
| ERIC S. ZELL (0084318) | EDWARD A. ICOVE (0019646) |
| MASON A. PESEK (0098105) | Icove Legal Group Ltd. |
| The Legal Aid Society of Cleveland | Terminal Tower, Suite 3220 |
| 1223 West Sixth Street | 50 Public Square |
| Cleveland, OH 44113 | Cleveland, Ohio 44113 |
| (216) 861-5873 | (216) 802-0000 |
| Fax: (216) 861-5221 | Fax: (216) 802-0002 |
| mason.pesek@lasclev.org | ed@icovelegal.com |
| eric.zell@lasclev.org | |

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

A copy of the foregoing, *Notice of Voluntary Dismissal with Prejudice*, was filed electronically on December 18, 2019 using the Court's electronic filing system and all parties of record will be served via the Court's ECF process. Undersigned counsel will also serve a copy of the foregoing via electronic mail on the same date upon the following:

Neil Siegel, Esq.
24400 Chagrin Boulevard, Suite 300
Beachwood, Ohio 44122
Neil@neilsiegel.com

*Attorney for Defendants, Xtra Helping Hands Healthcare Provider, Inc. and Dreamer Sanders*

                                            */s/ Mason Pesek*_____
                                            *One of the Attorneys for Plaintiff,*
                                            *Sharon Wilson*